# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: EUREKA CASINO BREACH LITIGATION.<br><br>This Document Relates to: All Actions | Case No. 2:23-cv-00276-CDS-DJA |
| ANDREW FIGURA, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>RANCHO MESQUITE CASINO, INC. d/b/a EUREKA CASINO RESORT,<br><br>Defendant | Case No.: 2:23-cv-00413-CDS-VCF<br><br>**ORDER GRANTING CONSOLIDATION UNDER FED. R. CIV. P. 42(A)(2)**<br><br>[ECF No. 12] |

WHEREAS, Plaintiffs Andrew Figura, William Houghton, Michael Oldham, and Kristin Andrew (collectively, "Plaintiffs") and Defendant Rancho Mesquite Casino, Inc., d/b/a Eureka Casino Resort ("Defendant") in the actions captioned *Figura v. Rancho Mesquite Casino, Inc., d/b/a Eureka Casino Resort*, Case No. 2:23-cv-00413-CDS-VCF (D. Nev.) (the "*Figura* Action") and *In re: Eureka Casino Breach Litigation*, Case No. 2:23-cv-00276-CDS-DJA (D. Nev.) (the "*In re: Eureka Casino Breach Litigation* Action") (together, the "Related Actions") agree, that these actions, for all purposes including pretrial proceedings and trial, should be consolidated pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42-1(b); and

WHEREAS, the Related Actions each involve the same, common factual allegations and legal theories; assert similar causes of action against a single common defendant relating to the same factual underpinnings; and seek the same relief in response to the same event; and the Related

1

ORDER GRANTING CONSOLIDATION UNDER FED. R. CIV. P. 42(A)(2)

Actions common seek certification of overlapping nationwide classes and allege that class members suffered harm has a result of the Data Breach because their personally identifying information ("PII") was exposed to third parties without their authorization.

**NOW, THEREFORE, GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:**

1. The joint motion to consolidate [ECF No. 12] is GRANTED.
2. Case No. 2:23-cv-00413-CDS-VCF is consolidated with Case No. 2:23-cv-00276-CDS-DJA, which will serve as the lead case.
3. The deadlines set forth in Case No. 2:23-cv-00276-CDS-DJA, ECF No. 23, are incorporated herein.

The Clerk of Court is directed to file this order in each of the consolidated cases.

**IT IS SO ORDERED.**

Dated: April 10, 2023

_____
United States District Judge