Russell J. Burke
Nevada Bar No. 12710
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
burker@ballardspahr.com
colesm@ballardspahr.com

Edward J. McAndrew
(*pro hac vice* pending)
Marcus McCutcheon
(*pro hac vice* pending)
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: 215-568-3100
emcandrew@bakerlaw.com
mmccutcheon@bakerlaw.com

*Attorneys for Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: EUREKA CASINO BREACH LITIGATION.<br><br>This Document Relates to: All Actions | CASE NO. 2:23-cv-00276-CDS-DJA<br><br>**Stipulation and Proposed Order to Extend Time for Defendant to Respond to Plaintiffs' Consolidated Class Action Complaint**<br><br>**(First Request)** |

Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort ("Rancho Mesquite") and Plaintiffs William Houghton, Michael Oldham, Kristen Andrew and Andrew Figura ("Plaintiffs") stipulate as follows:

1.     Pursuant to the Court's Order Granting Consolidation Under Federal Rule of Civil Procedure 42(a) in this Action (ECF No. 29) and Order Granting Motion to Consolidate Cases in Case No. 2:23-cv-276-CDS-CJA (ECF No. 23), Plaintiffs filed their Consolidated Class Action Complaint ("CAC") on June 16, 2023 (ECF No. 31).

2. The operative deadline for Rancho Mesquite to respond to Plaintiff's Complaint is July 17, 2023 (ECF No. 23).

3. Since May 2023, the parties have been engaged in settlement discussions, which remain ongoing. The parties are currently working to schedule a private mediation session in an attempt to resolve this dispute.

4. Rancho Mesquite has requested, and Plaintiffs have agreed to, an extension of this deadline up to and including September 15, 2023, to provide additional time for the parties to focus on discussions of a potential settlement of this Action, while avoiding the significant expenditure of time and financial resources required to litigate issues related to the CAC.

5. The parties agree that there is good cause for this extension.

6. This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: July 14, 2023

BALLARD SPAHR LLP                    CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.

By: */s/ Russell J. Burke*           By: */s/ M. Anderson Berry*
    Russell J. Burke                      M. Anderson Berry, Esq.
    Nevada Bar No. 12710                  (*pro hac vice*)
    Madeleine Coles                       Gregory Haroutunian, Esq.
    Nevada Bar No. 16216                  (*pro hac vice*)
    1980 Festival Plaza Drive,            865 Howe Avenue
    Suite 900                             Sacramento, CA 95825
    Las Vegas, NV 89135                  Telephone: (916) 239-4778
    Telephone: (702) 471-7000            Facsimile: (916) 924-1829
    Fascimile: (702) 471-7070             aberry@justice4you.com
    burker@ballardspahr.com               gharoutunian@justice4you.com
    colesm@ballardpshar.com

    Edward J. McAndrew                    Gary M. Klinger
    (*pro hac vice* pending)              (*pro hac vice*)
    Marcus McCutcheon                     MILBERG COLEMAN BRYSON PHILLIPS
    (*pro hac vice* pending)              GROSSMAN, PLLC
    Baker & Hostetler llp                 227 W. Monroe Street, Suite 2100
    1735 Market Street, Suite 3300        Chicago, IL 60606
    Philadelphia, PA 19103                Telephone: 866-247-0047
    Telephone: 215-568-3100               gklinger@milberg.com
    emcandrew@bakerlaw.com
    mmccutcheon@bakerlaw.com              Bryan L. Bleichner
                                          (*pro hac vice* forthcoming)
                                          Philip Joseph Krzenski

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

*Attorneys for Defendant, Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort*

(*pro hac vice* forthcoming)
CHESTNUT COMBRONNE PA
100 Washington Ave. South, Ste 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
bbleichner@chestnutcombronne.com
pkrzeski@chestnutcombronne.com

Mark J. Bourass
Nevada Bar No. 7999
Jennifer A. Fornetter
Nevada Bar No. 7644
Valeria S. Gray
Nevada Bar No. 14716
BOURASSA LAW GROUP
2350 W. Charlestown Blvd., Ste 100
Las Vegas, NV 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@blgwins.com
jfornetti@blgwins.com
vgray@blgwins.com

Gary F. Lynch
(*pro hac vice*)
Patrick D. Donathen
(*pro hac vice*)
LYNCH CARPENTER, LLP
113 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
patrick@lcllp.com

*Attorneys for Plaintiffs*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

## <u>ORDER</u>

On the basis of good cause, IT IS ORDERED that the deadline for Defendant Rancho Mesquite Casino, Inc. d/b/a/ Eureka Casino Resort to respond to Plaintiffs' Consolidated Class Action Complaint is extended up to and including September 15, 2023.

United States Magistrate Judge
Brenda Weksler

Dated: July 19, 2023

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070