Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
colesm@ballardspahr.com

Edward J. McAndrew
Admitted *pro hac vice*
Marcus McCutcheon
Admitted *pro hac vice*
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone:  215-568-3100
emcandrew@bakerlaw.com
mmccutcheon@bakerlaw.com

*Attorneys for Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:  EUREKA CASINO BREACH LITIGATION.<br><br>This Document Relates to:  All Actions | CASE NO.  2:23-cv-00276-CDS-DJA<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that Russell J. Burke, Esq. is no longer associated with Ballard Spahr LLP, counsel of record for Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort.

Accordingly, Counsel requests that the Court allow Mr. Burke to withdraw from this representation and remove him from the ECF service and notification list. Madeleine Coles, Esq. of Ballard Spahr LLP will remain counsel of record for Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort.  Counsel for Defendant will separately file a notice of substitution of designated local counsel on

behalf of Edward J. McAndrew (ECF No. 33) and Marcus McCutcheon (ECF No. 32), who have been admitted to practice pro hac vice in this case.

Dated: May 7, 2024

BALLARD SPAHR LLP

By: /s/ Madeleine Coles
Madeleine Coles
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

Edward J. McAndrew
Admitted *pro hac vice*
Marcus McCutcheon
Admitted *pro hac vice*
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103

*Attorneys for Defendant, Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort*

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated this  8  day of   May  , 2024

2

## CERTIFICATE OF SERVICE

I certify that on May 7, 2024, a true copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** was filed via the Court's CM/ECF System and electronically served on all parties in interest.

> ___/s/ M.K. Carlton_____
> An employee of BALLARD SPAHR LLP