Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
colesm@ballardspahr.com

Edward J. McAndrew
Admitted *pro hac vice*
Marcus McCutcheon
Admitted *pro hac vice*
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone:  215-568-3100
emcandrew@bakerlaw.com
mmccutcheon@bakerlaw.com

*Attorneys for Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:  EUREKA CASINO BREACH LITIGATION.<br><br>This Document Relates to:  All Actions | CASE NO.  2:23-cv-00276-CDS-DJA<br><br>**NOTICE OF SUBSTITUTION OF DESIGNATED LOCAL COUNSEL FOR COUNSEL ADMITTED PRO HAC VICE** |

Counsel for Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort submits the following Notice of Substitution of Designated Local Counsel in connection with the Notice of Disassociation and Motion to Withdraw that Counsel filed concurrently with this Notice.

On July 11, 2023, the Court granted the Verified Petitions of Marcus McCutcheon and Edward J. McAndrew to practice pro hac vice and designated Russell J. Burke as local counsel under LR 11-2d) (ECF Nos. 32 and 33).  On May 7, 2024, Defendant's counsel filed a Notice of Disassociation of Counsel and Motion to Withdraw on behalf of Mr. Burke.

In light of Mr. Burke's separation from Ballard Spahr, LLP, Madeleine Coles of Ballard Spahr LLP respectfully requests to associate as local counsel under LR 11-

2(d).  Ms. Coles is a member of the State Bar of Nevada and has been previously admitted to practice in this district.  Ms. Coles's contact information is as follows:

> Madeleine Coles
> One Summerlin
> 1980 Festival Plaza Drive, Suite 900
> Las Vegas, Nevada 89135
> Telephone: (702) 471-7000
> Email: colesm@ballardspahr.com

Ms. Coles and pro hac vice counsel agree that this Notice of Substitution of Designated Local Counsel authorizes Ms. Coles to sign binding stipulations and otherwise act as counsel for the Defendant as required by LR 11-2.

Dated: May 7, 2024

BALLARD SPAHR LLP

By: /s/ Madeleine Coles
Madeleine Coles
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

Edward J. McAndrew
Admitted *pro hac vice*
Marcus McCutcheon
Admitted *pro hac vice*
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103

*Attorneys for Defendant, Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort*

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated this __8__ day of __May__, 2024

## CERTIFICATE OF SERVICE

I certify that on May 7, 2024, a true copy of the foregoing **NOTICE OF DISASSOCIATION OF LOCAL COUNSEL FOR COUNSEL ADMITTED PRO HAC VICE** was filed via the Court's CM/ECF System and electronically served on all parties in interest.

_____/s/ M.K. Carlton_____

An employee of BALLARD SPAHR LLP