David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
chavezd@ballardspahr.com

*Attorney for Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: EUREKA CASINO BREACH LITIGATION.<br><br>This Document Relates to: All Actions | CASE NO. 2:23-cv-00276-CDS-~~BNW~~ NJK<br><br>Stipulation and ~~Proposed~~ Order to Extend Time for Defendant to File Answer to Plaintiffs' Consolidated Class Action Complaint |

Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort ("Rancho Mesquite") and Plaintiffs William Houghton, Michael Oldham, Kristen Andrew and Andrew Figura ("Plaintiffs") stipulate as follows:

1. Pursuant to the Court's Order Granting Consolidation Under Federal Rule of Civil Procedure 42(a) in this Action (ECF No. 29) and Order Granting Motion to Consolidate Cases in Case No. 2:23-cv-276-CDS-CJA (ECF No. 23), Plaintiffs filed their Consolidated Class Action Complaint ("CAC") on June 16, 2023 (ECF No. 31).

2. On September 15, 2023, Defendant filed a motion to dismiss the CAC (ECF No. 41).

3. On September 19, 2024, the Court entered an order granting in part and denying in part Defendant's motion to dismiss (ECF 53). That order directed Plaintiffs to file any amended complaint by October 3, 2024.

4. Counsel for the parties have conferred, and Plaintiff's counsel has confirmed that Plaintiffs do not intend to file a Second Amended Complaint. As a result, Defendant's current deadline for filing an Answer to the CAC is October 3, 2024.

5. Rancho Mesquite has requested, and Plaintiffs have agreed to, an extension of this deadline up to and including October 14, 2024, to provide additional time for Defendant to properly investigate and respond to the allegations contained in the CAC.

6. The parties agree that there is good cause for this extension, and that no party will be prejudiced by the requested relief.

7. This is the first request for an extension made after the Court's disposition of Defendant's motion to dismiss, and it is made in good faith and not for purposes of delay.

Dated: October 2, 2024

/s/ David E. Chavez
David E. Chavez, Esq.
Nevada Bar No. 15192
**BALLARD SPAHR LLP**
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: chavezd@ballardspahr.com

Edward J. McAndrew, Esq.
*Admitted Pro Hac Vice*
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100
Facsimile: (215) 568-3439
Email: emcandrew@bakerlaw.com

Marcus McCutcheon, Esq.
*Admitted Pro Hac Vice*
**BAKER & HOSTETLER LLP**

/s/ M. Anderson Berry
M. Anderson Berry, Esq.(*pro hac vice*)
Gregory Haroutunian, Esq.(*pro hac vice*)
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.**
865 Howe Avenue Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel:  866-247-0047
gklinger@milberg.com

*Interim Co-Lead Counsel for Plaintiffs*

2

600 Anton Blvd., Suite 900
Costa Mesa, CA 92626-
Telephone: (714) 754-6600
Facsimile: (714) 754-6611
Email: mmccutcheon@bakerlaw.com

*Attorneys for Defendant Rancho Mesquite Casino, Inc. dba Eureka Casino Hotel*

## Order

On the basis of good cause, IT IS ORDERED that the deadline for Defendant Rancho Mesquite Casino, Inc. d/b/a/ Eureka Casino Hotel to respond to Plaintiffs' Consolidated Class Action Complaint is extended up to and including October 14, 2024.

_____
United States Magistrate Judge

Dated: October 7, 2024

3