MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Tel.:   (702) 851-2180
Fax:   (702) 851-2189
Email: mbourassa@blgwins.com
           jfornetti@blgwins.com
           vchristian@blgwins.com

*Attorneys for Plaintiff Andrew Figura*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *IN RE: EUREKA CASINO BREACH LITIGATION*<br><br>This Document Relates to: All Actions | Case No.: 2:23-cv-00276-CDS-NJK<br><br>**MOTION FOR REMOVAL OF THE BOURASSA LAW GROUP FROM CM/ECF SERVICE LIST** |

    Mark J. Bourassa, Esq., Jennifer A. Fornetti, Esq., and Valerie S. Christian, Esq. of THE BOURASSA LAW GROUP, as counsel for former Plaintiff Andrew Figura hereby submits this Motion for Request for Removal from CM/ECF Service List as to the firm, The Bourassa Law Group.

    The former plaintiff and The Bourassa Law Group are no longer involved in this action. Therefore, ECF notices to The Bourassa Law Group and counsel Mark J. Bourassa, Esq., Jennifer A. Fornetti, Esq., and Valerie S. Christian, Esq., are no longer required.

///
///
///
///
///
///
///

1    Therefore, the Bourassa Law Group respectfully requests this Motion be granted with an Order
2  directing the Clerk of the Court to remove The Bourassa Law Group and counsel Mark J. Bourassa, Esq.,
3  Jennifer A. Fornetti, Esq., and Valerie S. Christian, Esq., from the CM/ECF Service List.
4    Dated this 4th day of October 2024.

**THE BOURASSA LAW GROUP**

*/s/ Mark J. Bourassa*
MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Email:   mbourassa@blgwins.com
              jfornetti@blgwins.com
              vchristian@blgwins.com

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   October 7, 2024