David E. Chavez
Nevada Bar No. 15192
**BALLARD SPAHR LLP**
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
chavezd@ballardspahr.com

Edward J. McAndrew, Esq.
*Admitted Pro Hac Vice*
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100
Facsimile: (215) 568-3439
Email: emcandrew@bakerlaw.com

Marcus McCutcheon, Esq.
*Admitted Pro Hac Vice*
**BAKER & HOSTETLER LLP**
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626
Telephone: (714) 754-6600
Facsimile: (714) 754-6611
Email: mmccutcheon@bakerlaw.com

*Counsel for Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Resort*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Eureka Casino Breach Litigation.<br><br>This Document Relates to:  All Actions | Case No. 2:23-cv-00276-CDS-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND STAY PENDING RESCHEDULED MEDIATION**<br><br>[ECF No. 66] |

Pursuant to Local Rules IA 6-2 and 7-1, Plaintiffs William Houghton, Andrew Figura, Michael Oldham, and Kristin Andrew ("Plaintiffs") and Defendant Rancho Mesquite Casino, Inc. dba Eureka Casino Hotel ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate, subject to this Court's approval, to extend the stay in the above captioned action (the "Action") in light of the rescheduled private mediation.  In support of this stipulation, the Parties state as follows:

1. On April 7, 2023, the Parties filed their Joint Motion to Consolidate all related data breach actions filed against Defendant in this court (Dkt. 27). This Court entered an Order Granting the Joint Motion to Consolidate on April 10, 2023 (Dkt. 28-29).

2. On June 16, 2023, Plaintiffs filed their Amended Complaint with jury demand (Dkt. 31).

3. Defendant filed its Motion to Dismiss the Amended Complaint with supporting brief on September 15, 2023 (Dkt. 41). Plaintiffs filed their Response to the Motion to Dismiss on September 29, 2023 (Dkt. 42) and Defendants filed their Reply on October 6, 2023 (Dkt. 43).

4. On September 19, 2024 this Court entered an Order granting in part and denying in part the Motion to Dismiss (Dkt. 53).

5. Defendant filed its Answer to the Amended Complaint on October 14, 2024 (Dkt. 61).

6. The Parties have stipulated to, and the Court has entered, a discovery plan and scheduling order, which provides that the deadlines pertaining to discovery and class certification have not lapsed (*see* Dkt. 51).

7. Further, the Parties have stipulated to, and the Court has entered, a Confidentiality Agreement and Protective Order (*see* Dkt. 62-63).

8. To date, the Parties have engaged in discovery efforts, with the goals of informing settlement negotiations and advancing the litigation.

9. In a further effort to amicably resolve this Action, the Parties originally scheduled a private mediation for June 4, 2025 and filed a Stipulation to Stay Pending Mediation (Dkt. 64) that was granted by this Court on April 1, 2025 (Dtk. 65). This Action is currently stayed until further order of this Court. *Id.*

10. Due to a scheduling conflict, the Parties have rescheduled the private mediation in this action for September 19, 2025.

11. To allow the Parties time to prepare for and conduct the rescheduled mediation while conserving time and financial resources, the Parties hereby stipulate and agree that the stay in this Action should be extended through and including September 19, 2025.

12. This stipulation is entered in good faith, is reasonably necessary, and is not sought for the purposes of delay.

13. The Parties intend to file a joint status report by no later than October 3, 2025, two weeks after the rescheduled mediation.

**IT IS SO STIPULATED.**

Dated: June 3, 2025

/s/ David E. Chavez
David E. Chavez, Esq.
Nevada Bar No. 15192
**BALLARD SPAHR LLP**
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
E-mail: chavezd@ballardspahr.com

Edward J. McAndrew, Esq.
*Admitted Pro Hac Vice*
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Email: emcandrew@bakerlaw.com

Marcus McCutcheon, Esq.
*Admitted Pro Hac Vice*
**BAKER & HOSTETLER LLP**
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626
Email: mmccutcheon@bakerlaw.com

*Counsel for Defendant Rancho Mesquite Casino, Inc. dba Eureka Casino Hotel*

/s/ M. Anderson Berry
M. Anderson Berry, Esq. (*pro hac vice*)
Gregory Haroutunian, Esq. (*pro hac vice*)
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.**
865 Howe Avenue Sacramento, CA 95825
aberry@justice4you.com
gharoutunian@justice4you.com

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*Interim Co-Lead Counsel for Plaintiffs*

**IT IS SO ORDERED:**

_____
United States District Judge

Dated: June 4, 2025

3