UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael Oldham, et al., | Case No. 2:23-cv-00276-CDS-NJK |
| Plaintiffs | **Order Directing Parties to File a Joint Status Report or Dismissal** |
| v. | |
| Rancho Mesquite Casino, Inc., | |
| Defendant | |

In June, the parties stipulated to extend the stay in this matter to prepare for and conduct the rescheduled mediation. ECF No. 66. Therein, the parties agreed to file a joint status report no later than October 3, 2025. *Id.* at 3. That deadline passed without the parties filing the ordered status report. ECF No. 67.

It is therefore ordered that a joint status report addressing mediation, or a stipulation of dismissal, must be filed by October 17, 2025.

Dated: October 10, 2025

_____
Cristina D. Silva
United States District Judge