**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

In re:

Eureka Casino Breach Litigation

This document related to: All Actions

Case No. 2:23-cv-00276-CDS-NJK

**Order to Show Cause and Setting Hearing**

Plaintiffs Michael Oldham, Kristin Andrew, Andrew Figura, and William Houghton and defendant Rancho Mesquite Casino, Inc. reached an agreement to stay this matter and pursue private mediation. Stip., ECF No. 64. In June 2025, the parties stipulated to extend the stay as the mediation was rescheduled due to a scheduling conflict. Stip., ECF No. 66. The parties represented that they "intend[ed] to file a joint status report by no later than October 3, 2025, two weeks after the rescheduled mediation." *Id.* at 3. On October 10, 2025, finding that the parties had not filed the joint status report, I ordered them to file a status report addressing mediation, or a stipulation of dismissal, by October 17, 2025. Order, ECF No. 68. That deadline has passed with no response to that order.

Accordingly, attorneys M. Anderson Berry, Gary M. Klinger, David E. Chavez, Edward J. McAndrew, and Marcus McCutcheon are ordered to show cause, in writing, no later than October 29, 2025, why they should not be sanctioned to pay a fine of up to $1,000 each for violating the court's orders. ECF Nos. 67, 68. *See* Local Rule IA 11-8(e)("[t]he court may . . . impose any and all appropriate sanctions on an attorney or party who: [f]ails to comply with any order of this court."). Further, attorneys M. Anderson Berry, Gary M. Klinger, David E. Chavez, Edward J. McAndrew, and Marcus McCutcheon must appear for a hearing on November 5, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: October 21, 2025

_____
Cristina D. Silva
United States District Judge