M. Anderson Berry (*pro hac vice*)
Gregory Haroutunian (*pro hac vice*)
**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (916) 823-6955
Fax:          (206) 441-8711
Email: *anderson@emeryreddy.com*
Email: *gregory@emeryreddy.com*

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*Interim Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>Eureka Casino Breach Litigation.<br><br>This Document Relates to: All Actions | Case No.: 2:23-cv-00276-CDS-NJK<br><br>**ORDER APPROVING EXTENSION OF STAY** |

In accordance with the Court's October 10, 2025, Order (Dkt. 68) and pursuant to Local Rules IA 6-2 and 7-1, Plaintiffs William Houghton, Andrew Figura, Michael Oldham, and Kristin Andrew ("Plaintiffs") and Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Hotel ("Defendant") (collectively the "Parties"), by and through their respective counsel of record hereby submit the following Joint Status Report to update the Court on the progress of mediation and hereby stipulate, subject to this Court's approval, to extend the stay in the above captioned action (the "Action") in light of continued settlement discussions. In support, the Parties state as follows:

///

1. On April 7, 2023, the Parties filed their Joint Motion to Consolidate all related data breach actions filed against Defendant in this court (Dkt. 27). This Court entered an Order Granting the Joint Motion to Consolidate on April 10, 2023 (Dkt. 28-29).

2. On June 16, 2023, Plaintiffs filed their Amended Complaint with jury demand (Dkt. 31).

3. Defendant filed its Motion to Dismiss the Amended Complaint with supporting brief on September 15, 2023 (Dkt. 41). Plaintiffs filed their Response to the Motion to Dismiss on September 29, 2023 (Dkt. 42) and Defendants filed their Reply on October 6, 2023 (Dkt. 43).

4. On September 19, 2024, this Court entered an Order granting in part and denying in part the Motion to Dismiss (Dkt. 53).

5. Defendant filed its Answer to the Amended Complaint on October 14, 2024 (Dkt. 61).

6. The Parties have stipulated to, and the Court has entered, a discovery plan and scheduling order, which provides that the deadlines pertaining to discovery and class certification have not lapsed (see Dkt. 51). Further, the Parties have stipulated to, and the Court has entered, a Confidentiality Agreement and Protective Order (*see* Dkt. 62-63).

7. In an effort to amicably resolve this Action, the Parties originally scheduled a private mediation for June 4, 2025, and filed a Stipulation to Stay Pending Mediation (Dkt 64) which the Court granted (Dkt 65).

8. Shortly after, the Parties needed to reschedule the private mediation for September 19, 2025, and filed a Stipulation to Extend the Stay Pending Mediation (Dkt 66) which the Court granted (Dkt 67).

9. On October 10, 2025, the Court ordered a Joint Status Report from the Parties addressing mediation or a stipulation of dismissal (Dkt. 68).

10. To date, the Parties have participated in private mediation and engaged in discovery efforts. These actions have been aimed at facilitating the exchange of information, narrowing issues in dispute, and working in good faith toward the goal of reaching a fair and mutually agreeable resolution of this Action.

11. Although the Parties have not yet reached a final resolution of this Action, they remain actively engaged in ongoing discussions and good-faith negotiations with the mutual goal of resolving this Action. In order to allow the Parties sufficient time to continue these deliberations and explore potential settlement terms, the Parties hereby stipulate and agree that the stay in this Action should be extended for an additional thirty (30) days, through and including November 14, 2025.

12. This is the Parties second Joint Stipulation for an Extension of Time.

13. This stipulation is entered in good faith, is reasonably necessary, and is not sought for the purposes of undue delay but rather to allow sufficient time to continue settlement negotiations.

**IT IS SO STIPULATED**

Dated October 17, 2025

/s/ David E. Chavez
David E. Chavez, Esq.
Nevada Bar No. 15192
**BALLARD SPAHR LLP**
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
E-mail: chavezd@ballardspahr.com

Edward J. McAndrew, Esq.
Admitted Pro Hac Vice
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Email: emcandrew@bakerlaw.com

/s/ M. Anderson Berry
M. Anderson Berry (*pro hac vice*)
Gregory Haroutunian (*pro hac vice*)
**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (916) 823-6955
Fax:           (206) 441-8711
Email: *anderson@emeryreddy.com*
Email: *gregory@emeryreddy.com*

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**

Marcus McCutcheon, Esq.
Admitted Pro Hac Vice
**BAKER & HOSTETLER LLP**
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626
Email: mmccutcheon@bakerlaw.com

227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*Interim Co-Lead Counsel for Plaintiffs*

*Counsel for Defendant Rancho Mesquite Casino, Inc. dba Eureka Casino Hotel*

The parties' request to extend the stay through and including November 14, 2025, is approved. A joint status report, or a stipulation of dismissal, is due on December 1, 2025.

_____
United States District Judge

Dated: October 22, 2025

4