# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Houghton, et al., | Case No. 2:23-cv-00276-CDS-NJK |
| Plaintiffs | **Order Discharging Show Cause** |
| v. | |
| Rancho Mesquite Casino, Inc. | [ECF No. 69] |
| Defendant | |

I ordered counsel to show cause why they should not be sanctioned for failing to comply with the court's October 10, 2025 order. ECF No. 69. Having considered counsels' representations in response (ECF Nos. 72, 74, 75), the court concludes that counsels' conduct is the result of excusable neglect. Because counsel have shown cause to excuse their failure to comply, the order to show cause **[ECF No. 69] is discharged**. Accordingly, the November 5, 2025 hearing is vacated.

Dated: November 3, 2025

_____
Cristina D. Silva
United States District Judge