1  Gary M. Klinger *(pro hac vice)*
   **MILBERG COLEMAN BRYSON**
2  **PHILLIPS GROSSMAN, PLLC**
   227 W. Monroe Street, Suite 2100
3  Chicago, IL 60606
4  Email: gklinger@milberg.com

5  M. Anderson Berry *(pro hac vice)*
   Gregory Haroutunian *(pro hac vice)*
6  **EMERY REDDY, PC**
   600 Stewart Street, Suite 1100
7  Seattle, WA 98101
   Telephone: (916) 823-6955
8  Fax: (206) 441-9711
9  Email: anderson@emeryreddy.com
   Email: gregory@emeryreddy.com
10

11 *Interim Co-Lead Counsel for Plaintiffs*

12

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| *IN RE: EUREKA CASINO BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No. 2:23-cv-00276-CDS-NJK<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PROCEEDINGS** |

**PLEASE TAKE NOTICE** that Plaintiffs William Houghton, Andrew Figura, Michael Oldham, and Kristin Andrew (collectively, "Plaintiffs") and Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Hotel ("Defendant" and together with Plaintiffs, the "Parties") have reached a proposed class action settlement in principle in the above-captioned matter, conditioned upon the execution of a formal settlement agreement by each of the Parties and its subsequent approval by the Court in accordance with Federal Rule of Civil Procedure 23. The Parties are currently finalizing the terms of the settlement, preparing the settlement agreement, preparing the notice documents, and preparing the motion for preliminary approval. Therefore, the Parties respectfully request that the Court stay all proceedings and deadlines for 45 days, and allow

Plaintiffs until on or before December 19, 2025, to file their Motion for Preliminary Approval of Class Action Settlement.

DATED: November 4, 2025     **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/: Gary M. Klinger*
Gary M. Klinger
Interim Co-Lead Class Counsel

DATED: November 4, 2025     **EMERY REDDY, PC**

*/s/: M. Anderson Bery*
M. Anderson Berry
Interim Co-Lead Class Counsel

DATED: November 4, 2025     **BALLARD SPAHR LLP**

*/s/: David E. Chavez*
David E. Chavez
Attorney for Defendant Rancho Mesquite Casino, Inc. d/b/a Eureka Casino Hotel

JOINT NOTICE OF SETTLEMENT

-2-

| | | |
|---|---|---|
| 1 | DATED: November 4, 2025 | **BAKER & HOSTETLER LLP** |

<br>

*/s/: Edward J. McAndrew*
Edward J. McAndrew
Attorney for Defendant Rancho Mesquite
Casino, Inc. d/b/a Eureka Casino Hotel

DATED: November 4, 2025     **BAKER & HOSTETLER LLP**

*/s/: Marcus McCutcheon*
Marcus McCutcheon
Attorney for Defendant Rancho Mesquite
Casino, Inc. d/b/a Eureka Casino Hotel