1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*In re: Eureka Casino Breach Litigation*

Case No.  2:23-cv-00276-CDS-NJK

**Order Granting Plaintiffs' Motion for Remote Appearance**

[ECF No. 82]

For good cause shown, it is ordered that the plaintiffs' motion [ECF No. 82] is granted. M. Anderson Berry, Counsel for Representative Plaintiffs William Houghton, Andrew Figura, Michael Oldham, and Kristin Andrew, is permitted to appear at the Preliminary Approval Hearing via videoconference. Counsel is advised to contact the courtroom administrator for the Zoom link information.

Dated: January 5, 2026

_____
Cristina D. Silva
United States District Judge